04-1674-CBS

**Affidavit Of Kevin K. Brown**

I, Kevin K. Brown, on oath depose and state that:

1. I am employed as a Task Force Agent with the United States Drug Enforcement Administration in the Eastern District of Texas and I have been so employed for approximately 5 years. I have been a police officer since 1990.

2. In connection with my official duties and as part of the official records of my office, I am aware that there is presently outstanding a warrant of arrest for one **Phaykham Phrachanhsiri** on an indictment (No. 4:03CR191) filed in the Eastern District of Texas charging the defendant with conspiracy to distribute MDMA or ecstasy, a Schedule I controlled substance; methamphetamine, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

3. The arrest warrant was issued on or about December 17, 2003 by Sandra Southerland, Deputy Clerk of the Court. Based on records and information as described above, I know that this arrest warrant is still outstanding in the Eastern District of Texas.

_____
Kevin K. Brown
Special Agent, DEA

Subscribed and sworn to before me this 24th day of February 2004.

Charles B. Swartwood, III
U.S. Magistrate Judge
District of Massachusetts