UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR -2  P 12: 09

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 04-1674-CBS |
| | ) |
| PHAYKHAM PHRACHANHSIRI | ) |

## MOTION TO CONTINUE

Now comes the defendant in the above matter and respectfully moves this Honorable Court to continue the Identity/Detention hearing scheduled for April 2, 2004 to a date in approximately 3 weeks, April 23, 2004.

As grounds, counsel for the defendant says that he is still in the process of determining whether the defendant will contest his identity and detention or whether he will enter into an agreement to change his plea in this jurisdiction. The defendant is in custody and assents to this request for further time to consider his alternatives.

Respectfully Submitted,
PHAYKHAM PHRACHANHSIRI,
By His Attorney,

Peter L. Ettenberg, Esquire
GOULD & ETTENBERG, P.C.
370 Main Street
Worcester, MA 01608
(508) 752-6733
BBO #156520

## CERTIFICATE OF SERVICE

    I, Peter L. Ettenberg, hereby certify that I have served the within Motion by facsimile/electronically and regular mail, of a copy thereof to all counsel of record.

Dated: April 1, 2004

_____
Peter L. Ettenberg