AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Worcester_

**APPEARANCE**

Case Number: 04-1674-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_Playkhan Phea chan/sri_

~~I certify that I am admitted to~~ practice in this court.   RI BAR

US District of RI

1st Circuit CT of Appeals

_12 July 04_
Date

Signature: _William J Murphy_

Print Name: William J Murphy     Bar Number: RI # 4258

Address: 127 Dorrance ST — 2nd Floor

City: Providence     State: RI     Zip Code: 02903

Phone Number: 401 490-3200     Fax Number: 401 490-3207