AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>Phaykham Phrachanhsiri | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>03CR191 | District of Arrest<br>1:04-1674-CBS | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment   ☐ Information   Complaint   Other   Order warrant material witness
charging a   21   U.S.C.   846

**DISTRICT OF OFFENSE**
Eastern District of Texas, Sherman Division

**DESCRIPTION OF CHARGES:**

Conspiracy to manufacture, distribute, or possess with intent to distribute Methylenedioxy.

**CURRENT BOND STATUS:**

☐ Bail fixed _____ and conditions were not met
  Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of
  Other                                                                                          Texas

**Representation:** x Retained Own Counsel   Federal Defender   CJA Attorney   ☐ None

**Interpreter**   X No   Yes   Language

**DISTRICT** Massachusetts

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/12/04 _____
Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE   UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |